≋JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10212 DPW**

**Criminal Case Cover Sheet**                                   U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** STATE DEPARTMENT

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Sargis Igityan    **Juvenile** ☐ Yes ☒ No

**Alias Name** Tatshat Aharonyan, a/k/a Tatshat Shaposhnikova

**Address** _____

**Birth date (Year only):** 1955    **SSN (last 4 #):** ____    **Sex** M    **Race:** White    **Nationality:** Armenian

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Robert E. Richardson    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** Armenian

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/24/05    **Signature of AUSA:** _[signature]_

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Sargis Igityan _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1546 | Use of False Immigrant Visa | 1 |
| Set 2  18 U.S.C. § 1543 | Use of False Passport | 2 |
| Set 3  18 U.S.C. § 1015(a) | False Statement in Immigration Proceeding | 3, 4 |
| Set 4  18 U.S.C. § 1424 | Personation in Naturalization Proceeding | 5 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 CR 10212 DPW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| v. | ) |
| | ) VIOLATIONS: |
| SARGIS IGITYAN, a/k/a | ) 18 U.S.C. § 1543 - |
| TATSHAT AHARONYAN, a/k/a | )   Use of False Passport |
| TATSHAT SHAPOSHNIKOVA | ) 18 U.S.C. § 1015(a) - |
| | )   False Statement in |
| | )   Immigration Proceeding |
| | ) 18 U.S.C. § 1424 - |
| | )   Personation in |
| | )   Naturalization Proceeding |

INDICTMENT

**COUNT ONE**: 18 U.S.C. § 1543 -- False Use of Passport

The Grand Jury further charges that:

On or about July 23, 2002, at Boston, in the District of Massachusetts,

SARGIS IGITYAN, a/k/a
TATSHAT AHARONYAN, a/k/a
TATSHAT SHAPOSHNIKOVA,

defendant herein, did willfully and knowingly use a false, forged, counterfeited, and altered passport.

All in violation of Title 18, United States Code, Section 1543.

**COUNT TWO:**     18 U.S.C. § 1015(a) -- False Statement in
              Proceeding Relating to Registry of Alien

The Grand Jury further charges that:

   On or about February 13, 2002, at Boston, in the District of Massachusetts,

<strong>SARGIS IGITYAN, a/k/a<br>
TATSHAT AHARONYAN, a/k/a<br>
TATSHAT SHAPOSHNIKOVA,</strong>

defendant herein, knowingly made false statements under oath, in a case, proceeding and matter relating to, and under, and by virtue of any law of the United States relating to registry of aliens.

   All in violation of Title 18, United States Code, Section 1015(a).

**COUNT THREE:**   18 U.S.C. § 1015(a) -- False Statement in Proceeding Relating to Naturalization

The Grand Jury further charges that:

On or about July 14, 2005, at Boston, in the District of Massachusetts,

**SARGIS IGITYAN, a/k/a**
**TATSHAT AHARONYAN, a/k/a**
**TATSHAT SHAPOSHNIKOVA,**

defendant herein, knowingly made false statements under oath, in a case, proceeding and matter relating to, and under, and by virtue of any law of the United States relating to naturalization and citizenship.

All in violation of Title 18, United States Code, Section 1015(a).

**COUNT FOUR:**   18 U.S.C. § 1424 - Personation in Naturalization Proceeding

The Grand Jury further charges that:

On or about July 14, 2005, at Boston, in the District of Massachusetts,

**SARGIS IGITYAN, a/k/a
TATSHAT AHARONYAN, a/k/a
TATSHAT SHAPOSHNIKOVA,**

defendant herein, did, as applicant, declarant, petitioner, and witness, in a naturalization and citizenship proceeding, knowingly personate another and appear falsely in an assumed and fictitious name.

All in violation of Title 18, United States Code, Section 1424.

**A TRUE BILL**

_[signature]_
FOREPERSON OF THE GRAND JURY




_[signature]_
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY




DISTRICT OF MASSACHUSETTS;                    , 2005

Returned into the District Court by Grand Jurors and filed.

_[signature]_
DEPUTY CLERK
8/24/05 @ 2:21pm