UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) Case No. 05-CR-10212-DPW |
| **SARGIS IGITYAN, a/k/a** | ) |
| **TATSHAT AHARONYAN, a/k/a** | ) |
| **TATSHAT SHAPOSHNIKOVA** | ) |

## GOVERNMENT'S MOTION TO UNSEAL

The United States hereby respectfully moves the Court to unseal the indictment and any other paperwork related to this matter. As grounds for this motion, the government states that the defendant has been arrested and unsealing the indictment would accordingly be in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
ROBERT E. RICHARDSON
Assistant U.S. Attorney
(617) 748-3247

Dem, M J
MOTION ALLOWED
By the Court
_____
Deputy Clerk
8/30/05