AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SARGIS IGITYAN, a/k/a
TATSHAT AHARONYAN, a/k/a
TATSHAT SHAPOSHNIKOVA

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10212 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest SARGIS IGITYAN, a/k/a TATSHAT AHARONYAN, a/k/a TATSHAT SHAPOSHNIKOVA
_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
FALSE USE OF PASSPORT, FALSE STATEMENTS IN IMMIGRATION PROCEEDINGS, AND PERSONATION IN NATURALIZATION PROCEEDING

in violation of Title 18 United States Code, Section(s) 1543, 1015(A), AND 1424

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine M. Gawlik
Signature of Issuing Officer

8-24-05 Boston
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer
State Dept.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 9-2-2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.