```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )   Crim. No. 05-10212-DPW
                              )
SARGIS IGITYAN                )
```

**MOTION TO WITHDRAW**

Now Comes defendant, Sargis Igityan, who respectfully moves this Court to permit his prior lawyer, James Budreau, to withdraw as counsel in the above referenced matter. In support of said motion, defendant states that he has retained private counsel who has already filed his appearance in the instant case. See Affidavit of Counsel attached as Exhibit A.

                        Submitted By

                        <u>James Budreau /S/</u>
                        James Budreau, Bar# 559931
                        20 Park Plaza Suite 905
                        Boston, MA 02116
                        (617)227-3700

**EXHIBIT A**

AFFIDAVIT OF COUNSEL

    I, James Budreau, do state that the following is true to the best of my knowledge:

    1.  I was appointed as counsel for Sargis Igityan by the Criminal Justice Act.

    2.  I am licenced to practice law in the Commonwealth of Massachusetts and a member of the Massachusetts and federal bars in good standing.

    3.  The facts contained in the above motion are true and accurate to the best of my knowledge.


    Signed under pains and penalties of perjury,


                               James Budreau /S/
                               JAMES BUDREAU