UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10212-DPW |
| ) | |
| SARGIS IGITYAN ) | |

## JOINT STATUS REPORT

The parties hereby respectfully submit their Joint Status Report addressing the issues set forth at Local Rule 116.5(a)(1)-(7) as follows:

(1) The parties do not believe relief need be granted from the timing requirements set forth at L.R. 116.3, except that the defendant requests until October 28, 2005 to file any discovery letter.

(2) The government does not anticipate offering the testimony of an expert witness. In the event this position changes, the defendant does request discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). The parties propose that such discovery be provided no later than 30 days before trial and that the defendant make reciprocal disclosure no later than 15 days before trial.

(3) The government does not expect to make additional disclosures except, if appropriate, in response to a letter request by the defendant.

(4) The defendant is not yet in a position to state whether a motion date should be established under Fed. R. Crim. P. 12(c).

(5) The parties agree that the time from the defendant's initial appearance on August 30, 2005 through October 7, 2005 is excludable.

(6) It is too early to state whether a trial will be necessary.

(7) The parties request that an interim status conference be set during the week of November 14, 2005, by which time it will be apparent whether or not discovery disputes exist.

                                          Respectfully submitted,

| SARGIS IGITYAN | MICHAEL J. SULLIVAN |
| | United States Attorney |
| By: /s/Peter J. Lawton(rer) | /s/Robert E. Richardson |
|     PETER J. LAWTON | ROBERT E. RICHARDSON |
|     Attorney of Record | Assistant U.S. Attorney |
|     for the defendant | |