```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.         ) | |
| ) | |
| **SARGIS IGITYAN**        ) | CRIMINAL NO. 05-10212-DPW |
| ) | |

### ASSENTED-TO MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

The government respectfully moves that this Court exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. § 3161, et seq. ("STA"), the period between the status conference on October 19, 2005 and the further status conference set for November 15, 2005.

The defendant, through his counsel, has assented at the October 19 conference to the exclusion of said period for purposes of the STA.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/ Robert E. Richardson
ROBERT E. RICHARDSON
Assistant U.S. Attorney