UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CRIMINAL NO. 05-10212-DPW |
| ) | |
| SARGIS IGITYAN     ) | |

### JOINT STATUS REPORT

The parties hereby respectfully submit their Joint Status Report as follows:

(1) In the event that the case is not resolved short of trial, the parties propose April 10, April 17, and April 24, 2006 as potential trial dates.

(2) There are no pending or contemplated motions.

(3) The parties are in discussions to determine whether the case will be resolved short of trial.

(4) The defendant requires an Armenian interpreter.

(5) The defendant is on pretrial release.

(6) No defendant is a fugitive.

(7) The parties do not believe there are any other matters which need be addressed at the conference.

Respectfully submitted,

SARGIS IGITYAN                          MICHAEL J. SULLIVAN
                                        United States Attorney

By: /s/Peter J. Lawton(rer)             /s/Robert E. Richardson
    PETER J. LAWTON                     ROBERT E. RICHARDSON
    Attorney of Record                  Assistant U.S. Attorney
     for the defendant